Date: 03/18/10                 **DIVIDENDS REMITTED TO THE COURT**          Page: 1

Case Number 07-13029 - STANDRIDGE JR, JOHN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| T Mobile USA Inc<br>Attn Bankruptcy Dept<br>PO Box 53410<br>Bellevue WA 98015-3410 | 000004 | 631.13 | 3.21 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000005 | 96.34 | 0.49 |
| ---------- Remittance Total ---------------- | | 727.47 | 3.70 |

STEVEN L. SPETH, Trustee

FILED
AT WICHITA, KS
MAR 19 2010
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

COURT1      Case 07-13029    Doc# 96    Filed 03/19/10    Page 1 of 1    Printed 03/18/10 01:20 PM    Ver: 15.06b